FILED

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0115

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0115

_____

DARLA DOWNS,

      Contestant and Appellee,

  v.                             O R D E R

FRANK PIOCOS,

      Contestee and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Darla Downs, to all counsel of record, and to the Honorable Katherine M. Bidegaray, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2023